IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CHARLES WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | Case: 3:23-cv-00544 |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff, Charles Wilson ("Plaintiff") has resolved this matter with Defendant United Parcel Service, Inc. ("UPS"). Plaintiff and UPS anticipate filing a Stipulation of Dismissal with Prejudice within sixty days.

Dated March 18, 2024.

                                                              Respectfully Submitted,

                                                              */s/ Kelly Eisenlohr-Moul*
                                                              Kelly Eisenlohr-Moul
                                                              Florida Bar No. 1003246
                                                             MARTENSON, HASBROUCK & SIMON LLP
                                                             500 Davis Street, Suite 1003
                                                             Evanston, Illinois 60201
                                                             Tel.: (224) 350-3120
                                                             Fax: (404) 909-8120
                                                             keisenlohr-moul@martensonlaw.com

                                                             *Attorney for United Parcel Service, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 18, 2024, I filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

*/s/ Kelly E. Eisenlohr-Moul*
Kelly Eisenlohr-Moul