**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHARLES WILSON,

    Plaintiff,

v.

Case No. 3:23-cv-544-TJC-LLL

UNITED PARCEL SERVICE, INC.,

    Defendant.

## O R D E R

Upon review of the Stipulation of Dismissal, Doc. 34, filed on May 20, 2024, this case is **DISMISSED with prejudice**. The Court retains jurisdiction for the purpose of enforcing the settlement agreement, but the Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of May, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record